IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ROBERTA ANN DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 109-017 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims for injunctive and declaratory relief and her claim regarding disclosure of her personal identification number are **DISMISSED** for failure to state a claim upon which relief may be granted.

---

[1] In her objections, Plaintiff again requests clarification regarding the parties' discovery obligations, specifically inquiring about the time limits for discovery with respect to "Count Three" against Defendant Experian. (Doc. no. 48, pp. 17-19). The parties have submitted the required Rule 26(f) Report, and for the sake of consistency and efficiency, the deadlines set forth in the scheduling order will pertain to all claims that have been permitted to proceed in this action, including "Count Three" against Defendant Experian. Once the scheduling order is entered, Plaintiff may re-serve her discovery responses, and discovery will re-commence at that point.

For the purpose of clarification, the Court notes that only the following claims are proceeding in this action: (1) Plaintiff's claim for monetary damages against Defendants Experian, TransUnion, and Equifax for failure to truncate her social security number ("SSN") that appears as part of her Department of Education account number; (2) Plaintiff's claim for monetary damages against Defendant Equifax for failure to truncate her SSN appearing in a separate section of her credit report; and (3) Plaintiff's claim against Defendant Experian under the FCRA for impermissible sale of her credit report.

SO ORDERED this 19th day of January, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE